

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**3/1/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## DISCHARGE OF DEBTOR

**Case Number:**      09−38026 − B − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Robert George Gillett
xxx−xx−3076

 PO Box 26
Vina, CA 96092

Kristi Lee Gillett
xxx−xx−7033

 PO Box 26
Vina, CA 96092

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

Dated:
3/1/10

For the Court,
Richard G. Heltzel , Clerk

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

## Debts that are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
   c. Debts that are domestic support obligations;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Mar 03, 2010.
```
db/jdb     +Robert George Gillett,  Kristi Lee Gillett,   PO Box 26,   Vina, CA 96092-0026
aty        +Ken Baker,  1430 East Ave #2-B,  Chico, CA 95926-1629
16650596    AT T Mobility,   PO Box 515188,  Los Angeles CA 90051-5188
16650599   +City of Corning,  794 Third Street,  Corning CA 96021-2598
16945630   +Credit Services or Oregon, Inc.,  PO Box 1208,  Roseburg, OR 97470-0306
16650600    Directv,  PO Box 54000,  Los Angeles CA 90054-1000
16650602    Disney Vacation Club,  PO Box 470727,  Kissimmee FL 34747-0727
16650603   +Diversified Adjustment,  600 Coon Rapids Blvd Nw,  Coon Rapids MN 55433-5549
16650604   +Equiant Financial Svcs,  4343 N Scottsdale Rd Ste,  Scottsdale AZ 85251-3343
16650605   +Estate of William Johnson,   c o Douglas B Jacobs Esq,  Jacobs Anderson Potter Chaplin LLP,
             20 Independence Circle,  Chico CA 95973-0210
16650609   +Les Schwab Tire Center,  Po Box 5350,  Bend OR 97708-5350
16650611   +Nco Group Fin Systems,  Po Box 182965,  Columbus OH 43218-2965
16650612    Rodale,  PO Box 6001,  Emmaus PA 18098-0601
16650613   +Sears cbsd,  701 East 60th St N,  Sioux Falls SD 57104-0432
16650614    Shell Vacation Club,  4343 N Scottsdale Road Ste 270,  Scottsdale AZ 85251-3352
16650615   +The Bureaus Inc,  1717 Central St,  Evanston IL 60201-1590
16945632    Total Mercanht Services,  256 N Squirrel Rd #165,  Auburn Hills, MI 48326
16650616   ++US BANK,  PO BOX 5229,  CINCINNATI OH 45201-5229
             (address filed with court:  U S Bank,  4325 17th Ave S,  Fargo ND 58125)
16945633   +Umpqua Bank,  PO Box 99,  Bandon, OR 97411-0099
16650619   ++WACHOVIA DEALER SERVICES INC,  BK DEPARTMENT,  PO BOX 19657,  IRVINE CA 92623-9657
             (address filed with court:  Wfs Financial Wachovia Dealer Services,  Po Box 19657,
             Irvine CA 92623)
```

The following entities were noticed by electronic transmission on Mar 02, 2010.
```
tr         +E-mail/Text: TRUSTEELS@AOL.COM                     Linda S. Schuette,  PO Box 743,
             Palo Cedro, CA 96073-0743
smg         EDI: CALTAX.COM Mar 01 2010 21:23:00   Franchise Tax Board,  PO Box 2952,
             Sacramento, CA  95812-2952
cr          E-mail/PDF: TidewaterLegalEBN@twcs.com Mar 02 2010 01:39:18   Tidewater Finance Company,
             c/o Danielle K. Sheets,  PO Box 13306,  Chesapeake, VA  23325
16650595   +EDI: AGFINANCE.COM Mar 01 2010 21:23:00   American General Finance,  Po Box 3121,
             Evansville IN 47731-3121
16650597   +EDI: CAPITALONE.COM Mar 01 2010 21:23:00   Capital 1 Bank,  Attn C O TSYS Debt Management,
             Po Box 5155,  Norcross GA 30091-5155
16650598   +EDI: CHASE.COM Mar 01 2010 21:23:00   Chase,  800 Brooksedge Blvd,  Westerville OH 43081-2822
16650601   +EDI: DISCOVER.COM Mar 01 2010 21:23:00   Discover Fin,  Attention Bankruptcy Department,
             Po Box 3025,  New Albany OH 43054-3025
16945631   +EDI: GMACFS.COM Mar 01 2010 21:23:00   GMAC,  PO Box 380901,  Bloomington, MN 55438-0901
16650606   +EDI: RMSC.COM Mar 01 2010 21:23:00   Gemb jcp,  Attention Bankruptcy,  Po Box 103106,
             Roswell GA 30076-9106
16650607    EDI: HFC.COM Mar 01 2010 21:23:00   HSBC,  Hsbc Retail Services Attention Bankru,
             Po Box 15522,  Wilmington DE 19850
16650608   +EDI: HFC.COM Mar 01 2010 21:23:00   Hsbc Bank,  Attn Bankruptcy,  Po Box 5253,
             Carol Stream IL 60197-5253
16650610   +EDI: TSYS2.COM Mar 01 2010 21:23:00   Macys fdsb,  Macy s Bankruptcy,  Po Box 8053,
             Mason OH 45040-8053
16650613   +EDI: SEARS.COM Mar 01 2010 21:23:00   Sears cbsd,  701 East 60th St N,
             Sioux Falls SD 57104-0432
16650616    EDI: USBANKARS.COM Mar 01 2010 21:23:00   U S Bank,  4325 17th Ave S,  Fargo ND 58125
16650617   +EDI: WFNNB.COM Mar 01 2010 21:23:00   Victoria s Secret,  Po Box 182273,
             Columbus OH 43218-2273
16650618   +EDI: WFFC.COM Mar 01 2010 21:23:00   Wells Fargo Card Ser,  Po Box 5058,
             Portland OR 97208-5058
                                                                       TOTAL: 16
```

```
       ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2010**                     **Signature:**