| | | |
|---|---|---|
| FORM L51 Final Decree (v.7.06) | | 09-38026 - B - 7 |
|  | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | **FILED**<br><br>**3/12/10**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>auto |

# FINAL DECREE

Case Number:  09-38026 - B - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Robert George Gillett
xxx-xx-3076

PO Box 26
Vina, CA 96092

Kristi Lee Gillett
xxx-xx-7033

PO Box 26
Vina, CA 96092

Trustee: Linda S. Schuette
PO Box 743
Palo Cedro, CA 96073

Telephone Number: 530-222-3888

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:  501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:  2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
3/12/10

For the Court,
Richard G. Heltzel , Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 1                  Date Rcvd: Mar 13, 2010
Case: 09-38026                Form ID: L51             Total Noticed: 1


The following entities were noticed by first class mail on Mar 14, 2010.
  NO NOTICES MAILED.

The following entities were noticed by electronic transmission on Mar 13, 2010.
tr            +E-mail/Text: TRUSTEELS@AOL.COM                           Linda S. Schuette,   PO Box 743,
                Palo Cedro, CA 96073-0743
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 14, 2010**                    Signature: *Joseph Speetjens*